**Order filed June 2, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00379-CV
_____

**HENRY BAKER, Appellant**

**V.**

**CRAIG M. COSCARELLI, DALLAS CRAIG HUGHES, AND YVETTE MASTIN, Appellees**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-66593**

---

## ORDER

According to information provided to this court, appellant is attempting to appeal a partial summary judgment. Our records reflect that the trial court's judgment was signed. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and

unappealable until final judgment is entered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001).

The clerk's record has not been filed in this appeal. In response to notices from this court, appellant filed an affidavit of indigence. We have not been advised whether a contest to the affidavit was filed, and if so, the ruling on the contest.

To determine our jurisdiction over this appeal, and if jurisdiction exists, whether appellant is entitled to proceed without the advance payment of costs, we issue the following order for a partial clerk's record.

We order the Harris County District Clerk to file a partial clerk's record with the clerk of this court on or before **June 30, 2016.** In order that this court may ascertain its jurisdiction over the appeal, the **partial clerk's record** shall contain **(1)** the judgment being appealed; **(2)** any motion for new trial, other post-judgment motion, or request for findings of fact and conclusions of law; and **(3)** the notice of appeal. In addition, the **partial clerk's record** shall contain: **(4)** appellant's affidavit of indigence; **(5)** the contest(s) to the affidavit of indigence, if any; **(6)** the trial court's order ruling on any contest; **(7)** any other documents pertaining to the claim of indigence and the contests thereto.

PER CURIAM